568

*Messrs. Charles McHenry Howard, W. W. Willoughby, Charles Markell,* and *Henry H. Waters* for appellant in No. 464 and appellee in No. 465. *Messrs. Raymond S. Williams* and *Thomas J. Tingley* for appellees in No. 464 and appellants in No. 465.

No. —. IN RE DISBARMENT OF ADRIAANS. November 26, 1928. *Per Curiam:* Motion to revoke order of disbarment, denied. *Mr. John H. Adriaans, pro se.*

No. —, original. BROSNAN *v.* MARTIN, JUDGE. November 26, 1928. *Per Curiam:* The motion for leave to file petition for a writ of mandamus and the motion for leave to proceed *in forma pauperis* are denied. *Mr. John J. Brosnan, pro se.*

No. 531. MAYES *v.* INDUSTRIAL ACCIDENT BOARD OF MICHIGAN ET AL. Motion submitted November 19, 1928. Decided November 26, 1928. *Per Curiam:* The motion for leave to proceed further herein *in forma pauperis* is denied for the reason that the Court, upon examination of the unprinted record herein submitted, finds that there is no federal question upon which certiorari can be issued, application for which is therefore also denied. The costs already incurred herein by direction of the Court shall be paid by the Clerk from the special fund in his custody as provided in the order of October 29, 1926. *Mr. Joseph Mayes, pro se.*

No. 538. LOFTON *v.* MISSISSIPPI. Motion submitted November 19, 1928. Decided

November 26, 1928. *Per Curiam:* The motion for leave to proceed further herein *in forma pauperis* is denied for the reason that the Court, upon examination of the unprinted record herein submitted, finds that there is no federal question upon which certiorari can be issued, application for which is therefore also denied. The costs already incurred herein by direction of the Court shall be paid by the Clerk from the special fund in his custody as provided in the order of October 29, 1926. *Mr. S. Robert Young, Jr.,* for petitioner. No appearance for respondent.

No. 50. MISSOURI PACIFIC R. R. CORP'N ET AL. *v.* NEBRASKA STATE RY. COMM'N. Argued November 21, 22, 1928. Decided November 26, 1928. *Per Curiam:* The writ of error is dismissed for want of a properly presented substantial federal question, on the authority of *St. Louis & San Francisco R. R.* v. *Sheppard,* 240 U. S. 240; *Jett Bros. Distilling Co.* v. *City of Carrollton,* 252 U. S. 1; *Consolidated Turnpike Co.* v. *Norfolk & Ocean View Ry.,* 228 U. S. 326. *Messrs. Anan Raymond* and *Charles F. McLaughlin,* with whom *Messrs. J. A. C. Kennedy, Francis A. Brogan, Alfred G. Ellick,* and *E. J. White* were on the brief, for plaintiffs in error. *Mr. Hugh La Master,* with whom *Mr. O. S. Spillman* was on the brief, for defendant in error.

No. 424. SECURITY NATIONAL BANK *v.* TWINDE ET AL. November 26, 1928. *Per Curiam:* The appeal is dismissed for the reason that the judgment of the state court sought here to be reviewed was based on a non-federal ground adequate to support it. *Bilby* v. *Stewart,* 246 U. S. 255, 257; *Farson Son & Co.* v. *Bird,* 248 U. S. 268, 271. *Mr. Percy L. Louchs* for appellant. No appearance for appellees.